IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | KALISPELL SITE |
| | CVB Violation Nos.: |
| v. | |
| | |
| APRIL ALLEN | F3685757 |
| BRENDAN ANDERSON | FAEC000Y |
| CHELSEA ARNOLD | F3685826 |
| GORDON ASK | FAJD002F, FAJD002G |
| TRAVIS BACON | FAJK0015 |
| DEREK BADOUR | F4234162 |
| IRISH BAILEY | F4872703, F4872704 |
| AMBER BALLTINKESS | F4419107 |
| CHASE BARTLEY | F4058518 |
| ANDY BELOIT | F3691514 |
| RUSSELL BENSON | F4419002 |
| JOHN BERING | FAJF002F |
| JASON BISKUPIAK | F451280 |
| CODY BOTHUM | FAJD003L |
| LUCAS BRAGER | F4233772 |
| DEREK BRICKER | F3685831 |
| ANTHONY BUSH | F4571276 |
| JUSTIN CABLE | F4434479 |
| LINDSAY CARUFEL | FAJE002E |
| RICHARD CARVEY | F4392524 |
| JEREMY COBB | FAJE002X |
| JASON COLLIER | F3685869 |
| CLULSEA COLLOM | F4483217 |
| MATTHEW COMSTOCK | F4571284 |
| MICHAEL CRAWFORD | FAJE003S |
| TIMOTHY CURRIER | FAJE0036 |
| SHAWN DAMSCHEN | FBGB000K |

1

| | |
|---|---|
| SCOTT DANIELS | FAJD001E |
| TY DAVIDSON | F4450395 |
| SCOTT DAVIS | F3685357 |
| TANDELYNN DAVIS | FAJF0009 |
| JESSE DEAN | FAJE001T |
| DWAIN DOBLE | F3691560 |
| RODNEY DYER | FAJE002S |
| CHANTEL ELDER | FAJI001Y |
| DERRICK ELLIOTT | F4571282 |
| FREDERICK ELLISON | F4419278 |
| BRIAN EMERSON | F4571277 |
| DEVEN ENTRIKEN | F3691658 |
| DEVIN ERICKSONBELL | FAJD003Q, FAJD003R |
| JOSHUA EVANSROBSON | F3685803 |
| CORBIN EYSTAD | FAJF000A |
| DUNCAN FARROW | FAEC0021, FAEC0022 |
| DARRIN FISHEL | F3691651 |
| KRISTINA FISHER | FAEC0005 |
| MATTHEW FOSTER | FAJF001M |
| DAMIAN FOX | FAJE003T |
| GREG FRANSON | F4872705, F4872706 |
| CLAY FRASER | FAJF0007 |
| THOMAS FREDRICKS | FAJD002C |
| CHRISTOPHER FREETO | FAJD0020 |
| DAN FREY | F4241340 |
| SHADEAU FRITZ | FAJD003P |
| TEDDY GETTIG | F4234131 |
| MIKE GOLINS | F4234018 |
| SETH GONZALES | FAJD0033, FAJD0034 |
| JUSTIN GOVE | F4416082 |
| ROBERT GRAHAM | FAJH001K |
| RUFUS GROB | FAEC003E |
| JOELUCKY HALL | F4234163, F4234164 |
| KALEB HARDY | FAJF002G |
| WESLEY HARGER | F4419253 |
| RYAN HARGRAVE | F4227610 |
| BENEDICT HERMES | FAJF0008 |
| JUSTIN HETRICK | F4874821, FBGB000U |
| CODY HOLMQUIST | FAJF0019 |

| | |
|---|---|
| ERIC HARMS | FAJH001J |
| KENNETH HARRIS | F4422614 |
| RACHEL HAUCK | FAJK000Y |
| CODY HEATLEY | FAJE0012 |
| JOSHUA HOOVER | F3685837 |
| KERRY HOWELL | FAJI0008 |
| ANDREW ISH | F4233939 |
| CODY JACKSON | F4419237 |
| JOSE JETTE | F3811165 |
| RANDY JOHNS | F4452012 |
| KATHERINE JOHNSON | F4233703 |
| WILLIAM JOHNSON | FBBL001Q |
| DUSTIN JONES | F4419301 |
| TYRELL JONES | FAJD000F |
| JASON KEARNEY | FAJK000U |
| STEPANIE KENEDY | F3691963 |
| JOSEPH KINICKI | F4364852 |
| PETA KRAJEWSKI | F4241264 |
| TIMOTHY KROPP | FAJE002B |
| HEATHER KUSHMAUL | FAJF000S |
| JOSHUA KUSHMAUL | F4416030, F4416031 |
| MICHAEL KVAMME | FAJE0005 |
| CHRISTOPHER LAFRANCE | FAJF000Z |
| PATRICIA LAKE | FAJE001R |
| TREVOR LANKTREE | F3685231 |
| KACE LARUE | FBGB000W |
| JAKE LAWSON | F4233770, F4233771 |
| JOSHUA LINCOLN | F3685139, F3685142 |
| ZACH LINDSAY | F4233595 |
| CLARA MACHADO | FAJF001V |
| RONALD MAGALONG | FAJF0028, FAJF0029 |
| JEFFREY MAGERS | F4416034 |
| BRADLEY MAJOR | F4233577 |
| JULLIAN MAJOR | FAJD00023 |
| DAVID MAXWELL | FAJH001G |
| RANDY MAY | FAJH001M |
| SHYANN MCALLISTER | F4419274 |
| COLE MCCULLY | FBG000O |
| DYLAN MCPHEE | F4422334, F4422335 |

| | |
|---|---|
| TRACY MCQUEEN | FAJF0026 |
| EDDY MILLER | FAJE0010 |
| JESSE MINGS | FAJK001P |
| BRYAN MOSKALOFF | FAJE002R |
| BRITTANY MYERS | FAJF000v |
| WILLIAM NARDUCCI | F3685368 |
| MICHAEL NASHTON | F4419247, F4483219 |
| CARL NELSON | F4419614 |
| DOUGLAS NELSON | FAJE0035 |
| MICHAEL OBRIEN | FAJK000X |
| DESTINY ODOM | FAJD002X |
| JONATHAN OWENS | FAJE0027 |
| TYLER PALMER | F4422339 |
| BRIAN PARRENT | F3685801, F3685802 |
| SAMUEL PETERSON | FAJE000E |
| SHANE PETERSON | FAJI001Z |
| CODY PHELPS | FAJD003W |
| VLADIMIR POPOVICH | F3685787 |
| CLINTON PULVER | F4452001, F4455202, F4452003 |
| | FBBL001R |
| KYLE REED | FAJD002Y |
| CASEY REEVES | FBFQ0001 |
| JEREMIAH REYNOLDS | F4233546 |
| JOSEPH RIGGS | F4057417 |
| THOMAS ROLFE | F4281814, F4281815 |
| MICHAEL ROLOFF | FBGB000R |
| HEATHER RONNE | F4872021 |
| PATRICK ROSE | F4488186 |
| NATHAN SALOIS | FAJI001L, FAJI001M, FAJI001N |
| THOMAS SAMPSON | F3692001 |
| | F4873076 |
| MARTIN SCOTT | F4419154 |
| JOSEPH SIDES | F3691568 |
| MELISSA SMITH | F3685790 |
| ROBIN SNOOK | FAJE0028 |
| DANIEL SOTO | FBGB0000 |
| ALYSSA STEINMAN | FAJH000K |
| JARON STEWARD | F4419434 |
| JOHNATHAN STEWART | F3691509 |

| | |
|---|---|
| APRIL STOKES | F4419573 |
| MICHAEL SUTER | F4422633 |
| MICHELLE SUTHERLAND | F4299730 |
| MICHAEL SWINDLER | FAJF002E |
| STEPHEN THOMAS | FAJE002Q |
| CHRISTINA THURBER | F3685305 |
| DONALD TOFTUM | FBGB000Y |
| JUSTIN TRAULICH | F4419436 |
| TRISTAN TURNER | F3685042, F3685043 |
| SHEILA UHDEM | F4419283 |
| ELIOT VANNESS | F4419452 |
| TROY VANNESS | F4436770 |
| DIANA VASQUEZBILLINGS | F4419244, FAJK000H |
| JAN VONDRICH | FAJK000I |
| LANCE WALSH | F3685783 |
| LYNDON WALSH | FAJD003S |
| SCOTT WALSH | F3691983 |
| SHAYLA WASHINGTON | F4872826 |
| BLAKE WELCH | F4452015 |
| MARIAH WEPREK | F4422314 |
| DOROTHY WHITE | F4422608 |
| LOREN WHITE | FAJE0029 |
| CAMERON WILLIAMS | FBGB0011 |
| WARREN WILLIAMS | F4057066 |
| BRADLEY WINTERS | FAJD000D |
| ALEX WORRALL | FAEC000T |
| DAVID WRIEDT | FAJF000E |
| ADAM YOUNG | |
| MICHAEL ZEDIKER, | |
| **Defendants.** | |

The United States of America, represented by Jennifer S. Clark, Assistant United States Attorney for the District of Montana, hereby moves the Court for an order dismissing all violations set forth above and quashing the

corresponding outstanding arrest warrants. Good cause appearing,

IT IS HEREBY ORDERED that the listed violations are dismissed.

IT IS FURTHER ORDERED that all outstanding arrest warrants are quashed.

IT IS FURTHER ORDERED that the Clerk of Court shall notify the Central Violations Bureau to docket the above violations as NC.

DATED this 4th day of August, 2021.

*Kathleen L. DeSoto*
United States Magistrate Judge