IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | ORDER |
|---|---|
| Plaintiff, | CVB Violation Nos.: |
| v. | |
| JACOB BERKEY, | FAJD002B, M5 |
| JASON CHAVEZ, | FAJE000T, M5 |
| JOSHUA COVILL, | FAJD001Q, M5 |
| TANDELYNN DAVIS, | F3830185, M5 |
| MELISSA HANSEN, | F4422328, M5 |
| JAMES HILL, | F4419262, M8 |
| JUSTIN HUGGINS, | FAEC0012, M8 |
| ENNETTE JOHNSON, | F3685985, M5 |
| AARON KUPKA, | FAJE001M, M5 |
| HEATHER MAHURIN, | F4422639, M8 |

1

| | |
|---|---|
| ALBERT PETE, | FAJE000A, M5 |
| CLARENCE SILVA, | FAJF000Y, M5 |
| | |
| SEAN WEBB, | F4488181, M5 |
| MICKY HOOTEN, | F4872503, M8 |
| Defendants. | |

Plaintiff United States of America, represented by Jennifer S. Clark, Assistant United States Attorney for the District of Montana, moves this Court for an order to allow all partial payments made by the above captioned defendants on the violations set forth above to satisfy said violations in full. For good cause appearing,

IT IS HEREBY ORDERED that all partial payments made on the above violations satisfy the original fine amounts in full.

IT IS FURTHER ORDERED that the Clerk of Court shall notify the Central Violations Bureau to docket the above violations as TP.

DATED this 4 day of August [July struck through], 2021.

Kathleen L. DeSoto
United States Magistrate Judge

2